United States District Court
Southern District of Florida

Case No. 24-CR-14058-Middlebrooks

United States of America

V

Denzil Olajuwon Stewart
Defendant

Date : April 21, 2025

FILED BY ⬭ D.C.

APR 28 2025

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S.D. OF FLA. – W.P.B.

## Letter to Judge.

I am Writing this letter in urgency Pertaining to my attorney and Sentencing. I apologize and do not want to stress nor exhaust the Courts. I am not Comfortable and do not want attorney Leonard Puerer as my Counsel or to proceed as Counsel for sentencing, He is not in my best interest. Their are alot of issues with Mr. Puerer And I Such as, him not disclosing facts and evidence that were Provided to him in my defense he has neglected to file motions or Raise arguments that are timely but most importantly relevant to this entire Case. He's not communicating and has Completely did the Opposite of what I or my family has requested him to do. I I am praying that your honor would grant my request to have Mr. Puerer removed off this case please. My family has contacted Another attorney that is able to Proceed with the case. Thank you for your time your honor.



/s/ D. Stewart                    April 21, 2025
Denzil Stewart
                                    cc:

Main Detention Center
Denzil Stewart
SIOA #0555783
P.O. Box 24716
West Palm beach, FL 33416

United States Federal Clerk
C/o Honorable Judge Donald M
701 Clematis Street
West Palm beach, FL 3340

Attention:
This Letter Originates From The Palm Beach
County Facility Inmate Mail Is Uncensored
The Sheriff Cannot Assume Responsibility
For Its Contents